UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CURTIS GARNER,

                              Petitioner,

   -against-                                       9:01-CV-0501
                                                                  (LEK/DEP)

SUPERINTENDENT OF UPSTATE
CORRECTIONAL FACILITY,

                              Respondent.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on August 29, 2007, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 65).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Peebles' Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 65) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Petition for writ of habeas corpus (Dkt. No. 1) is **DENIED and DISMISSED in its entirety**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     September 26, 2007
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge